## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Tyler Delorme, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging Syrus McCauley with attempted production of child pornography in violation of 18, United States Code, Section 2252A(a)(5)(B).

2. I have been employed as an FBI Special Agent since 2017, and am currently assigned to the Boston Field Office, Bedford Resident Agency. I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber-crime, child exploitation, and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  and attempted coercion and enticement of a minor in violation of 18, United States Code, Section 2422(b).

3. The facts set forth herein are based upon my own work on this investigation and discussion about the investigation with other law enforcement officers. In submitting this affidavit, I have not included every fact known to me about the investigation but only the facts that I believe are sufficient to establish probable cause for the crime set forth in the accompanying criminal complaint.

## STATUTORY AUTHORITY

4.  This application is part of an investigation into Syrus McCauley for the alleged possession of and access with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). 18 U.S.C. § 2252A(a)(5)(B) prohibits any person from knowingly possessing or knowingly accessing with intent to view material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, including by computer, or that was produced using materials that have been transported in or affecting interstate commerce, including by computer.

## DEFINITIONS

5.  The following definitions apply to this Affidavit:

a)  "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real-time from sender to receiver.  Chat messages are generally short, enabling other participants to respond quickly and in a format that resembles an oral conversation.  This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

b)  "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit

conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

      c)      "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

      d)      "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

      e)      "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## OVERVIEW OF INVESTIGATION

6.      On September 4, 2025, Loveland, Colorado Police Department provided the FBI with information regarding a 13-year-old female[1] Snapchat user using a specific Snapchat username ("Minor Victim 1"), who was sending multiple photographs depicting child sex abuse material ("CSAM") at the request of Snapchat user "ayylol69". Officers with Loveland, Colorado Police Department also provided the FBI with Minor Victim 1's cellphone extraction and signed consent to search form.

---

[1] I know Minor Victim 1's identity and investigators have confirmed that Minor Victim 1 is, in fact, a minor. Based on Minor Victim 1's birthdate, Minor Victim 1 was 13 years old on December 26, 2024. I also know the specific Snapchat username that Minor Victim 1 used.

3

7. Investigators were able to retrieve some Snapchat messages that Minor Victim 1 exchanged with Snapchat user "ayylol69" from the extraction of Minor Victim 1's cellphone. The communication discovered on Minor Victim 1's phone between her and Snapchat user "ayylol69" occurred from December 22, 2024, and December 26, 2024. I have reviewed the Snapchat messages between Minor Victim 1's Snapchat account and Snapchat user "ayylol69".

8. On December 26, 2024, the following chat between Minor Victim 1 and Snapchat user "ayylol69" transpired via Snapchat:[2]

**Target Account 1**: Send saved stuff?

**Minor Victim 1:** [sends 10 images depicting CSAM]

**Target Account 1:** FUCKKK SWEETIE

**Target Account 1:** More princess

**Target Account 1:** Ttmm

**Target Account 1:** I want youuu rn

**Minor Victim 1**: [sends nine images and one video depicting CSAM]

**Target Account 1:** Your pussy is adorable

**Target Account 1:** You have more vids ?

**Minor Victim 1:** [Sends three images depicting CSAM]

9. I have reviewed all the images referenced in the above December 26, 2024, Snapchat chat as those images were also recovered during the extraction of Minor Victim 1's phone. Multiple images that Minor Victim 1 sent to Snapchat user "ayylol69" focused on the vagina and anal regions. Based on my review of those images and my training and experience,

---

[2] The Snapchat conversations are reproduced here with all the spelling and grammatical errors that exist in the original.

each of those images and video depicts CSAM, the video and many of the images depict Minor Victim 1's face.

10. On September 11, 2025, legal process was issued and served to Snapchat, Inc. for subscriber information related to the Snapchat account for user "ayylol69". On September 12, 2025, Snapchat, Inc. provided the following subscriber information for the account: verified email address: syrusmccauley@icoud.com.

11. On September 26, 2025, legal process was issued and served to Apple for subscriber information for "syrusmccauley@icloud.com". On September 29, 2025, Apple provided the following subscriber name as Syrus McCauley and provided a specific address in Dover, New Hampshire.[3]

12. Investigators obtained a federal search warrant in the District of New Hampshire (25-mj-252-01-TSM) for information associated with the Snapchat account with username "ayylol69." Agents executed the warrant on December 9, 2025.

13. While reviewing McCauley's Snapchat account, investigators saw that he was chatting with several females and males who I believe, based on the contents of the chat (including by images associated with the chat or the contents of the chat), are minors.[4] In one chat that took place on August 2, 2025, Snapchat user "ayylol69," which I believe to be operated

---

[3] Based on my involvement in this investigation, the specific address provided by Apple is an address associated with McCauley's sister.

[4] During my review of the Snapchat returns, I did not see messages with or images depicting Minor Victim 1, including the December 2024 messages provided by Minor Victim 1. I submitted a preservation letter to Snapchat on November 12, 2025.

5

by McCauley, is chatting with a specific Snapchat user[5] ("Minor Victim 2"). A portion of that chat is reproduced below:

| | |
|---|---|
| **Ayylol69:** | How old are you? |
| **Minor Victim 2:** | a minor, turning 17 in November |

14. On August 8, 2025, McCauley and Minor Victim 2 had a chat. A portion of the chat that took place on August 8, 2025 is reproduced below:

| | |
|---|---|
| **Minor Victim 2:** | "My dildo is jus sitting inside me rn" |
| **Ayylol69:** | WHAT |
| **Minor Victim 2:** | Yes |
| **Ayylol69:** | LET ME SEEEEEEE |
| **Minor Victim 2:** | [Sends a photo of a black dildo inserted into a vagina][6] |
| **Ayylol69:** | AHHHHHHHHH, It's so pretty oml |
| **Minor Victim 2:** | Mmm |
| **Ayylol69**: | Fuck my love |
| **Minor Victim 2:** | I wanna hear u moan so bad |
| **Ayylol69:** | [Sends an audio message that sounds like a male making moaning sounds] |
| **Minor Victim 2:** | Omg |

---

[5] I know the specific username that Minor Victim 2 was using on Snapchat.

[6] The images in this chat were verified inside the chat thread through matching the exact times and dates to the photos that were associated with the text thread. For example, on August 8, 2025 at 6:11 AM, Minor Victim 2 sent a message that displays "*No message content to display*" and the images matching this text thread contain an image time stamped August 8, 2025 at 6:11 AM. In this example, the image time stamped August 8, 2025 at 6:11 AM depicts a black dildo inserted into a vagina.

| | |
|---|---|
| **Ayylol69:** | Show me more sweet girl |
| **Ayylol69:** | You're so creamy right rn |
| **Minor Victim 2:** | [Sends three videos that depict someone inserting a dildo into a vagina while masturbating] |
| **Ayylol69:** | Ok sweet girl send pics more they load better for me sweet girl |
| **Minor Victim 2:** | [Sends two pictures of a dildo in a vagina] |
| **Ayylol69**: | [Sends an audio clip of him moaning and masturbating] |

15. In response to legal process, Snapchat provided information associated with Minor Victim 2's account. With that information, and with assistance from law enforcement where Minor Victim 2 resides, I reviewed a photograph of a minor[7] and determined that that minor matches the individual in images sent via Snapchat by Minor Victim 2. Based on the individual's date of birth, Minor Victim 2 was 16 at the time she exchanged messages and images with the "ayylol69" Snapchat account.

16. Based on my review of the images described in paragraph 31 above, my review of the chats between "ayylol69" and Minor Victim 2, my involvement in the investigation, and my training and experience, each of the images and videos sent by Minor Victim 2 depicts CSAM.

17. Other information obtained from the Snapchat account confirm that McCauley is operating the "ayylol69" Snapchat account. For example, the user of the account tells several people in chats that the user is from Dover, Hew Hampshire, and currently lives in Dover with his father. In addition, the user sent pictures to different users. These pictures include a male's

---

[7] I know the identity of Minor Victim 2.

face. I have reviewed McCauley's New Hampshire Driver's license photograph, and the male in the pictures sent by the user of the "ayylol69" Snapchat account appears to be McCauley.

## CONCLUSION

18. Based on the foregoing, there is probable cause to believe that McCauley has committed the offenses of possession of and access with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

/s/ Tyler Delorme
Tyler Delorme
Special Agent
FBI

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. P. 41 and affirmed under oath the contents of this affidavit and application.

Hon. Andrea K. Johnstone
United States Magistrate Judge
Date: February 11, 2026